BEFORE THE FIRST DIVISION, NOVEMBER 8, 1939

**No. 42639.**—Protests 964360–G, etc., of African Metals Corp. et al.(New York).

Opinion by FIRST DIVISION.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 8, 1939

**No. 42640.**—Protests 901128–G, etc., of Griffin Rutgers, Inc., et al. (New York).

Opinion by KINCHELOE, J.   On the records presented the protests were overruled.

**No. 42641.**—Protests 949138–G, etc., of Allied Purchasing Corp. et al.(New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, NOVEMBER 8, 1939

**No. 42642.**—Protest 967551–G of Moscahlades Bros., Inc. (New York).

Opinion by CLINE, J.   When the goods arrived it was found that the barrels were marked with the legend "PRODUCT OF CREEC". As this does not appear to be the English name of any country the protest was overruled. Abstract 40108 followed.

**No. 42643.**—Protest 985092–G of Belgian Consulate (New York).

Opinion by CLINE, J.   It appeared that the goods which were described on the entry as "Govt. Publications (Motion-picture films)" were entered free of duty under paragraph 1629. Among other claims is one that duty should not have been assessed for the reason that the merchandise was imported for the use of the Belgian Consulate and not for sale. Under the agreed state of facts the articles were found to come within the exemptions to the marking requirements as published in article 532 (3), Customs Regulations of 1937. The protest was therefore sustained.

**No. 42644.**—Protests 960789–G, etc., of H. E. Schwitters & Sons et al. (New York).

Opinion by EVANS, J.   On the records presented the protests were overruled.